TAM:JJT:nl

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 07-312 |
| v. ) | |
| ) | ( Kambo, J.) |
| STEVEN ANDREW VONEIDA, ) | |
| ) | |
| Defendant. ) | |

FILED
HARRISBURG PA
AUG - 8 2007
MARY E. D'ANDREA
Per _____
Deputy Clerk

INDICTMENT

COUNT I

**THE GRAND JURY CHARGES THAT:**

Beginning on or about April 18, 2007, in the Middle District of Pennsylvania and elsewhere, the defendant,

**STEVEN A. VONEIDA,**

did knowingly transmit in interstate commerce communications containing threats to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

~~FOREPERSON~~ / Grand Jury

8/8/07
Date

_Thomas A Marino_
THOMAS A. MARINO                By a CC
United States Attorney